**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ELIZABETH'S STUDIO LLC, | Civil Action No. |
| | 26-cv-00116 |
| Plaintiff, | |
| v. | (Judge Wiegand) |
| | |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 10 | Goddess Haven |
| 11 | Ceduoouo mr |
| 16 | JPHH |
| 17 | GOOD HS |
| 27 | Jiaqian Love Home |
| 77 | AABB phone case |
| 80 | kakueasy |
| 83 | youbike |
| 98 | manyouke |
| 113 | Art Bag of Jia |
| 116 | Gambition |
| 119 | ModernAestheticsDesignLab |
| 120 | Little Yellow Duck Life House local |
| 121 | Customized beauty i |
| 129 | SHUNMI |
| 157 | Meibu trendy shoes |

| 158 | CEDUOOUO |
|---|---|
| 159 | COORYL |
| 160 | TOUSHOPPING |
| 161 | CADIA Tribe |
| 162 | Meilaier Shop |
| 163 | LUMOS Trend |
| 164 | Strolling Through life |
| 165 | Ceduoouooz |
| 166 | CHASOEO |
| 198 | Yzyioojpm |
| 208 | FXR HOME |
| 209 | Chen Yu home |
| 212 | UniqueCaseHQ |
| 213 | InkArt case |
| 218 | Summer Trees |
| 228 | Glisten Apparel |
| 229 | Ffkaxki |
| 232 | CBeY |
| 234 | Pacific |
| 235 | Good clothing for women |
| 236 | RED KAKI |
| 247 | KARAC |
| 250 | TBE |
| 251 | GF B Fashion |
| 261 | RICWPRO |
| 267 | TAOCARSHOP |
| 271 | laiben |
| 275 | Unique mobile phone case |
| 296 | Here and see |
| 297 | Expert of SC |
| 302 | PJM SQ |
| 319 | AMAX |
| 328 | SanY Shop |
| 331 | weidshop |
| 349 | Chantma |
| 353 | Hi Trendy |
| 364 | pwlbkw |
| 366 | ZhengDing |
| 368 | ZongS |

| 379 | TOBFATION |
| 389 | WarmHomeShop |

Each party to bear its own attorneys' fees, costs, and expenses.  The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: April 14, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff